**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KAREN CAMPBELL,**

                **Plaintiff,**

        **v.**                               **8:07-CV-0758**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **Legal Aid Society of Northeastern New York** <br> **Plattsburgh Office** <br> **100 Court Street** <br> **P.O. Box 989** <br> **Plattsburgh, NY 12901** <br> **Counsel for Plaintiff** | **Stephen Baker, Esq.** |
| **Office of Regional General Counsel** <br> **Social Security Administration** <br> **Region II** <br> **26 Federal Plaza - Room 3904** <br> **New York, NY 10278** <br> **Counsel for Defendant** | **Susan J. Reiss, Esq.** |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 25th day of June 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendant's motion for judgment on the pleadings is granted, Plaintiff's motion for judgment on the pleadings is denied, and the decision of the Commissioner is affirmed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 14, 2009
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge