# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KAREN CAMPBELL**

vs.                                    CASE NUMBER: 8:07-CV-758 (NAM/VEB)

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**


**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini is adopted in its entirety. The Defendant's motion for judgment on the pleadings is granted, Plaintiff's motion for judgment on the pleadings is denied, and the decision of the Commissioner is affirmed.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 14th day of July, 2009.


DATED: July 14, 2009

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk